EX PARTE JOE SAVAGE.

No. 24713. January 11, 1950.

*Percy Foreman*, of Houston, for relator.

*W. C. Winborn*, District Attorney, and *E. T. Branch*, Assistant District Attorney, both of Houston, and *George P. Blackburn*, State's Attorney, Austin, for the state.

HAWKINS, Presiding Judge.

This is a companion case of that of Fred L. Magee, No. 24,712 on our docket. The hearing on habeas corpus was a joint hearing, the evidence being the same as to both Savage and Magee. What has been said in the opinion in No. 24,712, Ex parte Fred L. Magee, (page 124 of this volume) is equally applicable in the present case, and under the authorities cited in Magee's case the judgment remanding relator Savage is affirmed.